AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The residence as described in Attachment A

Case No. 2:19-cr-00849

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the _____ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B AND DESCRIBED IN ATTACHED AFFIDAVIT

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section(s) 2320 | Trafficking of Counterfeit Goods or Services |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

J. Shane Brim, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/8/2019

*Judge's signature*

City and state: Charleston, South Carolina

Hon. Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*